# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RORY TRAINOR<br>ADC #116197<br>          PLAINTIFF | |
| V. | CASE NO. 4:17CV00845 SWW/BD |
| BILL GILKEY, ET AL.<br>          DEFENDANTS | |

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge Beth Deere [ECF No. 5]. No objections have been filed. After careful review, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

IT IS THEREFORE ORDERED that Plaintiff's claims against separate defendant Bill Gilkey are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 18TH DAY OF JANUARY, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE