IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RORY TRAINOR**                                                                                                       **PLAINTIFF**
**ADC #116197**

**V.**                 **CASE NO. 4:17-CV-00845-SWW-BD**

**BILL GILKEY, et al.**                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion for summary judgment (docket entry #23) is GRANTED. Mr. Trainor's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 18th day of September, 2018.

                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE