IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RORY TRAINOR**  **PLAINTIFF**
**ADC #116197**

**V.**  **CASE NO. 4:17-CV-00845-SWW-BD**

**BILL GILKEY, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 18th day of September, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE